IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN MORALES, | No. CIV.S-05-0217 WBS DAD PS |
| Plaintiff, | |
| v. | <u>ORDER AND</u> |
| MARIA J. OCHOA, et al., | <u>ORDER TO SHOW CAUSE</u> |
| Defendants. | |

     Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(21), pursuant to 28 U.S.C. § 636(b)(1).

     Plaintiff has submitted an incomplete affidavit regarding his alleged inability to pay fees.  Plaintiff indicates that he is incarcerated at Solano County Jail but has not attached to his in forma pauperis application a statement certified by the appropriate institutional officer detailing his institutional account(s).

/////

1

1  Accordingly, the request to proceed in forma pauperis will be denied
2  without prejudice.
3         Further, in reviewing the one-page, handwritten complaint
4  plaintiff has submitted for filing, it is apparent that plaintiff is
5  attempting to sue two individuals regarding breach of "a verbal
6  contract when we buy the house" located in Fairfield, California.
7  Such a breach of contract claim is more properly pursued in state
8  court.  Plaintiff's complaint does not indicate any basis for federal
9  jurisdicton.
10        Accordingly, IT IS HEREBY ORDERED that:
11        1.  Plaintiff's application for leave to proceed in forma
12 pauperis is denied without prejudice to submitting an amended
13 application.  The Clerk of the Court is directed to send plaintiff a
14 new application to proceed without prepayment of fees and affidavit.
15 If plaintiff wishes to pursue this action, he shall properly complete
16 and file an amended in forma pauperis application and attachment all
17 institutional account statements, or pay the statutory filing fee of
18 $250.00, within thirty (30) days of the date that this order is
19 filed;
20        2.  Plaintiff shall show cause in writing within thirty
21 (30) days of the date that this order is filed why this matter should
22 not be dismissed for lack of subject matter jurisdiction.  See Fed.
23 R. Civ. P. 12(h)(3); and
24 /////
25 /////
26 /////

3. Plaintiff is forewarned that the failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed.

DATED: October 20, 2005.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddadl\orders.prose\morales.ifp.osc